**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:22-mj-00490-EJY |
| Plaintiff, | **Order Directing Probation to Prepare a Criminal History Report** |
| v. | |
| JULIO CESAR ZUBIAS-GAMEZ, aka "Julio Subias-Gamez," aka "Julio Subia-Gamez," aka "Julio Zubeas-Gomez," aka "Julio Zabia-Gamez," aka "Julio Cesar Gonzalez Lopez," | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the U.S. Probation Office is directed to prepare a report detailing the defendant's criminal history.

DATED this 29th day of June, 2022.

*/s/ Elayna J. Youchah*
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE