# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JULIO CESAR ZUBIAS-GAMEZ,<br><br>　　　　Defendant. | Case No. 2:22-mj-00490-EJY<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for Tuesday, October 11, 2022 at 4:00 p.m., be vacated and continued to November 16, 2022 at the hour of 4:00 p.m. in Courtroom 3A.

　　DATED this 5th day of October, 2022.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3